United States District Court
Southern District of Texas
**ENTERED**
May 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ALEJANDRINA CARMONA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 7:24-CV-00041 |
| | § | |
| WALMART, INC., WAL-MART STORES | § | |
| TEXAS, LLC, VIRGILIO ALVAREZ, | § | |
| OSCAR ORTIZ and BRENDON RAMOS, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the May 1, 2024 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 12). Judge Bray made findings and conclusions and recommended that Plaintiff's Motion to Remand, (Dkt. No. 7), be granted. (Dkt. No. 12).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 12) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion to Remand, (Dkt. No. 7), is **GRANTED;** and

(3)   This case is **REMANDED** to the County Court at Law No. 4 of Hidalgo County, Texas.

It is SO ORDERED.

Signed on May 16, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**